UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LAVELLE MALONE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> J. DAVID DONAHUE, et al., ) <br> ) <br> Defendants. ) | No. 1:07-cv-790-RLY-TAB |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 09/11/2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

James F. Bleeke
TYRA SWEETIN & BLEEKE PC
jim.bleeke@tycolaw.com

Cynthia B. De Nardi
INDIANA STATE ATTORNEY GENERAL
cynthia.denardi@atg.in.gov

Carol A. Dillon
TYRA SWEETIN & BLEEKE PC
carol.dillon@tycolaw.com

Lavelle Malone
DOC #984073
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064